ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2009

Clerk of Court

| | | |
|---|---|---|
| JUAN ALBERTO GONZALEZ, Movant, | § § § | |
| v. | § § | CIVIL ACTION NO. B-09-097 (Criminal No. B-07-384) |
| UNITED STATES OF AMERICA Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Petitioner Juan Alberto Gonzalez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 1) is hereby DENIED.

DONE at Brownsville, Texas this _____23_____ day of _____September_____2009.

_____
Hilda G. Tagle
United States District Judge